☐ **AMENDED**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   **Kareem Anthony Davis**                                                                 Case No.

Debtors:                                                                                                      Chapter 13

### CHAPTER 13 PLAN

**ADDRESS:**   (1)  **3657 Cazassa Road, #4**                         (2)
                         **Memphis, TN 38116**

**PLAN PAYMENT:**
   **Debtor(1)** shall pay $ **138.00**                        (■ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ■ **PAYROLL DEDUCTION** From:   **Koppers Performance Chemicals**   **OR ( ) DIRECT PAY**
                                                              **Griffin, GA 30224**

   **Debtor(2)** shall pay $                                                (☐ weekly, ☐ every two weeks, ☐ semi-monthly, or ☐ monthly, by:
   ☐ **PAYROLL DEDUCTION** From:                                            **OR (   ) DIRECT PAY**

**1. THIS PLAN [Rule 3015.1 Notice]:**

   (A) CONTAINS A NON-STANDARD PROVISION. [See plan provision #19]          ☐ YES    ■ NO
   (B) LIMITS THE AMOUNT OF A SECURED CLAIM BASED ON A VALUATION            ■ YES    ☐ NO
       OF THE COLLATERAL FOR THE CLAIM. [See plan provisions #7 and #8]
   (C) AVOIDS A SECURITY INTEREST OR LIEN. [See plan provision #12].        ☐ YES    ■ NO

**2. ADMINISTRATIVE EXPENSES:** Pay filing fee and Debtor(s)' attorney fee pursuant to Confirmation Order.

**3. AUTO INSURANCE:** ☐ Included in Plan; **OR** ■ Not included in Plan; Debtor(s) to provide proof of insurance at §341 meeting.

**4. DOMESTIC SUPPORT:**                                                              Monthly Plan Payment:

|      | Paid by: ☐ Debtor(s) directly ☐ Wage Assignment, **OR** ☐ Trustee to: |       |
|------|---|---|
| **None** | ongoing payment begins | $ |
|      | Approximate arrearage: |   |

**5. PRIORITY CLAIMS:**

**Willie Mae Lindsey**                              Amount  **0.00**                                     $           **0.00**

**6. HOME MORTGAGE CLAIMS:** ☐ Paid directly by Debtor(s); **OR** ☐ Paid by Trustee to:

| **None** | ongoing payment begins | | $ |
|---|---|---|---|
|  | Approximate arrearage: | Interest | $ |

**7. SECURED CLAIMS:**

[Retain lien 11 U.S.C. §1325 (a)(5)]        Value of Collateral:        Rate of Interest        Monthly Plan Payment:

**8. SECURED AUTOMOBILE CLAIMS FOR DEBT INCURRED WITHIN 910 DAYS OF FILING, AND OTHER SECURED CLAIMS FOR DEBT INCURRED WITHIN ONE YEAR OF FILING:**

[Retain lien 11 U.S.C. §1325 (a)]           Value of Collateral:        Rate of Interest        Monthly Plan Payment:
**Wells Fargo Auto Finance**                **12,800.00**                **0.00**                 $**534.00**

**9. SECURED CLAIMS FOR WHICH COLLATERAL WILL BE SURRENDERED; STAY IS TERMINATED UPON CONFIRMATION FOR FOR THE LIMITED PURPOSE OF GAINING POSSESSION AND COMMERCIALLY REASONABLE DISPOSAL OF COLLATERAL:**

-NONE-                                             Collateral: _____

**10. SPECIAL CLASS UNSECURED CLAIMS:**

|  | Amount: | Rate of Interest | Monthly Plan Payment: |
|---|---|---|---|
| Moneisha Williams | 8,000.00 | 0.00 | $267.00 |
| New Horizon Apartments | 445.00 | 0.00 | $15.00 |
| Oregon Dept of HS | 4,023.00 | 0.00 | $135.00 |
| Tonya Bullock | 800.00 | 0.00 | $27.00 |
| US Dept of Educ | 2,253.00 | 0.00 | $76.00 |

**11. STUDENT LOAN CLAIMS AND OTHER LONG TERM CLAIMS:**

None                                 ☐  Not provided for   OR   ☐  General unsecured creditor

**12. THE JUDICIAL LIENS OR NON-POSSESSORY, NON-PURCHASE MONEY SECURITY INTEREST(S) HELD BY THE FOLLOWING CREDITORS ARE AVOIDED TO THE EXTENT ALLOWABLE PURSUANT TO 11 U.S.C.§522(f):**

-NONE-

**13. ABSENT A SPECIFIC COURT ORDER OTHERWISE, ALL TIMELY FILED CLAIMS, OTHER THAN THOSE SPECIFICALLY PROVIDED FOR ABOVE, SHALL BE PAID AS GENERAL UNSECURED CLAIMS.**

**14. ESTIMATED TOTAL GENERAL UNSECURED CLAIMS: $1,300.00**

**15. THE PERCENTAGE TO BE PAID WITH RESPECT TO NON-PRIORITY, GENERAL UNSECURED CLAIMS IS:**

☐  _____ %, OR,
■  THE TRUSTEE SHALL DETERMINE THE PERCENTAGE TO BE PAID AFTER THE PASSING OF THE FINAL BAR DATE.

**16. THIS PLAN ASSUMES OR REJECTS EXECUTORY CONTRACTS:**

None                                                                          ☐  Assumes   OR   ☐  Rejects.

**17. COMPLETION:** Plan shall be completed upon payment of the above, approximately **60** months.

**18. FAILURE TO TIMELY FILE A WRITTEN OBJECTION TO CONFIRMATION SHALL BE DEEMED ACCEPTANCE OF PLAN.**

**19. NON-STANDARD PROVISION(S):**

ANY NON-STANDARD PROVISION STATED ELSEWHERE IS VOID.

**20. CERTIFICATION: THIS PLAN CONTAINS NO NON-STANDARD PROVISIONS EXCEPT THOSE STATED IN PROVISION 19.**

/s/ Gwen Hewitt                                                    Date  February 27, 2019
**Gwen Hewitt 17,754**
**Debtor(s)' Attorney Signature or Pro Se Debtor(s)' Signature(s)**